**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor (s)**

Order Filed on October 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Ivan Regalado | : | HONORABLE VINCENT F. PAPALIA |
| | : | CHAPTER 13 |
| Debtor (s) | : | CASE NO. 25-19966 |
| | : | HEARING DATE: October 16, 2025 at 10:00 a.m. |

### ORDER EXTENDING

☐    CASE            ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: October 20, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

The Automatic Stay is extended as to all creditors properly served.