Certificate Number: 00927-NJ-DE-040274744

Bankruptcy Case Number: 25-19966



00927-NJ-DE-040274744

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2025, at 1:39 o'clock PM EST, IVAN REGALADO completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   November 4, 2025          By:   /s/ Al Duarte

Name:   Al Duarte

Title:   Certified Credit Counselor